UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV14-01286-CJC (DFMx) | Date | April 13, 2015 |
|---|---|---|---|
| Title | Lumens, Co. Ltd. V. GoEco LED, LLC. | | |

Present: The Honorable   Douglas F. McCormick

| Terri Steele | CS 04/13/2015 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Grant P. Alexander | Hubert Kuo |
| Jeffrey A. Rosenfeld | |

**Proceedings:**      (In Court) Telephonic Discovery Conference

Case called.   Appearances made.   Discussion held.

: 20

Initials of Clerk   ts