# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LUMENS CO., LTD

**Plaintiff(s)**

v.

GOECO LED LLC

**Defendant(s).**

CASE NUMBER:

8:14-cv-01286

**ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY**

The Court hereby orders that the request of:

_____ Lumens Co., Ltd. _____ x  Plaintiff     Defendant     Other _____
*Name of Party*

to substitute _____ Michael Chung of Willenken Wilson Loh & Delgado LLP _____ who is

x   Retained Counsel     Counsel appointed by the Court (Criminal cases only)   Pro Se

_____ 707 Wilshire Blvd, Suite 3850 _____
*Street Address*

_____ Los Angeles, CA  90017 _____

michaelchung@willenken.com

*City, State, Zip*                                                    *E-Mail Address*

(213) 694-3697              (213) 955-9250              243204
*Telephone Number*            *Fax Number*            *State Bar Number*

as attorney of record instead of _____ Jeffrey A. Rosenfeld and Grant P. Alexander of DLA Piper LLP (US)
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   ■ **GRANTED**          **DENIED**

Dated  June 24, 2015

_____
U. S. District Judge/~~U.S. Magistrate Judge~~