Jason H. Wilson (Bar No. 140269)
jwilson@willenken.com
Michael Chung (Bar No. 243204)
mchung@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:  (213) 955-9250

Attorneys for Plaintiff and Counter-Defendant
Lumens Co., Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMENS CO., LTD., a Korean corporation<br><br>                    Plaintiff,<br>v.<br><br>GoEco LED LLC, a California limited liability company, and Does 1 through 25,<br><br>                    Defendants. | Case No.: 8:14-cv-01286-CJC-DFM x<br><br>**STIPULATION AND [PROPOSED] ORDER ON STIPULATION RE LUMENS' RESPONSES TO REQUESTS FOR ADMISSIONS**<br><br>Assigned to Magistrate Judge, Hon. Douglas McCormick<br><br>Trial Date: January 12, 2016 |
| GoEco LED LLC, a California limited liability company,<br><br>                    Counter- Claimant,<br>v.<br><br>LUMENS CO., LTD., and Does 1 through 25,<br><br>                    Counter-Defendants. | |

1  Plaintiff and Counter-Defendant, Lumens Co., Ltd. ("Lumens") and
2  Defendant and Counter-Claimant, GoEco LED LLC ("GoEco") hereby stipulate to
3  the following:
4  WHEREAS, the parties have met and conferred in multiple correspondence
5  and telephone conversations regarding GoEco's Requests for Admissions to
6  Lumens in an effort to reduce or eliminate the discovery issues in dispute;
7  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED
8  THAT:
9  Lumens has responded to date to 25 of GoEco's 204 Requests for
10 Admissions, set one (RFAs). Lumens will serve by Wednesday, September 30,
11 2015, responses to a further forty-five (45) RFAs. Then, Lumens by Oct. 19, 2015
12 will answer an additional forty-five (45) of GoEco's RFAs that are specified by
13 GoEco (to be specified by Oct. 5, 2015). Neither party waives its right to seek or
14 oppose ex parte relief with regard to the remaining unanswered RFAs.
15 SO STIPULATED.

ARDENT LAW GROUP, P.C.

Dated: September 29, 2015     By:   */s/ Anton D. Jensen*
                                    Hubert Kuo
                                    Anton D. Jensen
                                    Attorneys for Defendant and Counter-
                                    Claimant GoEco LED LLC,
                                    a California limited liability company

WILLENKEN WILSON LOH & DELGADO LLP

Dated: September 29, 2015     By:   */s/Michael Chung*
                                    Michael Chung
                                    Attorneys for Plaintiff and Counter-
                                    Defendant Lumens Co., Ltd., a Korean
                                    corporation

STIPULATION AND [~~PROPOSED~~] ORDER RE REQUESTS FOR ADMISSIONS
1

136701.1

1 [~~PROPOSED~~] ORDER

2   Based upon the foregoing, and FOR GOOD CAUSE, IT IS SO ORDERED
3 that the foregoing Stipulation be entered in this case.

6 Dated: October 1, 2015   _____
              Douglas F. McCormick
7              United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER RE REQUESTS FOR ADMISSIONS
2