UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMENS CO., LTD., a Korean corporation<br><br>Plaintiff,<br><br>v.<br><br>GoEco LED LLC, a California limited liability company, and Does 1 through 25,<br><br>Defendants. | Case No.: 8:14-cv-01286-CJC-DFM<br><br>**ORDER RE EXTENSION OF THE DISCOVERY CUTOFF FROM OCTOBER 5, 2015 TO OCTOBER 30, 2015 TO COMPLETE THE OUTSTANDING DEPOSITIONS; DECLARATION OF MICHAEL CHUNG IN SUPPORT THEREOF**<br><br>Assigned to the Hon. Cormac J. Carney |
| GoEco LED LLC, a California limited liability company,<br><br>Counter- Claimant,<br><br>v.<br><br>LUMENS CO., LTD., and Does 1 through 25,<br><br>Counter-Defendants. | Trial Date: January 12, 2016 |

Plaintiff and Counter-Defendant, Lumens Co., Ltd. ("Lumens") and Defendant and Counter-Claimant, GoEco LED LLC ("GoEco") hereby stipulate to

1  the following:

2      The Parties are seeking a short continuance of the Court's March 20, 2015
3  Scheduling Order.  The parties respectfully request to extend the time to take the
4  depositions in this case from October 5, 2015 to October 30, 2015.  The Parties
5  seek no other continuance in this Stipulation.  This Stipulation is necessary because
6  several of the outstanding witnesses are foreign nationals and third party witnesses
7  who, despite counsel's efforts, could not be scheduled for prior to October 5, 2015.
8  Each party believes it has diligently attempted to schedule the depositions for times
9  before the discovery cutoff but the deponents were unavailable on the dates
10 scheduled.  The parties agree that good cause exists for this brief continuance.
11 This Stipulation is based upon the following:

12     WHEREAS, this case involves a company headquartered in South Korea, a
13 U.S. company headquartered in Irvine, CA and important third party witnesses
14 located out of state;

15     WHEREAS, the parties have engaged in settlement discussions including
16 two executives of Lumens flying from South Korea to Los Angeles to meet
17 directly with the principals of GoEco for several days this summer;

18     WHEREAS, after the informal settlement discussions the parties agreed to a
19 formal mediation and agreed that completing the deposition schedule would
20 contribute to a later successful mediation;

21     WHEREAS, both parties noticed the remaining depositions within the
22 discovery cutoff of October 5, 2015;

23     WHEREAS, most of the noticed depositions were either of Korean nationals
24 residing in Korea and third party witnesses;

25     WHEREAS, counsel for Lumens and GoEco have diligently met and
26 conferred both in writing and via telephonic means numerous times to find a
27 mutually agreeable deposition time for the deponents and counsel;

28     WHEREAS, the parties have now come to an agreement regarding the

1  depositions of all the deponents, including having many witnesses travel from
2  South Korea to the United States for their deposition;
3      WHEREAS, the parties have scheduled a mediation on October 28, 2015
4  before the Honorable James P. Gray and that mediation would be more productive
5  if the depositions in this matter are taken;
6      WHEREAS, under the Court's current Scheduling Order, the discovery
7  completion date is October 5, 2015;
8      WHEREAS, the parties believe that a brief extension of the discovery
9  completion date from October 5, 2015 to October 30, 2015 is in the mutual interest
10 of both parties and will not result in prejudice;
11     WHEREAS, this is the first continuance of the scheduling order sought in
12 this matter;
13     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED
14 THAT:
15     1.    The date for completion of discovery shall be extended to October 30,
16 2015, provided that no new deposition notices or subpoenas for witnesses not
17 previously noticed and no further written discovery requests may be served.
18     2.    The parties shall observe the following deposition schedule:

- Third Party Towfiq Chowdhury of Juno Lighting—October 5, 6 or 7 (depending on witness availability)
- Brian Kim—October 12, 2015 in Orange County, California
- John Cho—October 13, 2015 in Orange County, California
- Kuno Chung—October 14, 2015 in Orange County, California
- Darren Bordelon &GoEco 30(b)(6)—October 19, 2015
- Niki Chae—October 29, 2015
- Third Party Thom Duncan—October 30, 2015

SO STIPULATED.

ORDER
2

|  |  |
|---|---|
|  | ARDENT LAW GROUP, P.C. |
| Dated: September 29, 2015 | By: */s/ Anton D. Jensen*<br>Hubert Kuo<br>Anton D. Jensen<br>Attorneys for Defendant and Counter-Claimant GoEco LED LLC,<br>a California limited liability company |
|  | WILLENKEN WILSON LOH & DELGADO LLP |
| Dated: September 29, 2015 | By: */s/Michael Chung*<br>Michael Chung<br>Attorneys for Plaintiff and Counter-Defendant Lumens Co., Ltd., a Korean corporation |

## **ORDER**

Based upon the foregoing, and FOR GOOD CAUSE, IT IS SO ORDERED that the foregoing Stipulation be entered in this case.

Dated: September 30, 2015  _____
Cormac J. Carney
United States District Judge

ORDER
3

136701.1