UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LUMENS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOECO LED LLC, <br><br> Defendant. | No. SA CV 14-01286-CJC (DFMx) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Defendant GoEco LED LLC's motion to re-open discovery, Plaintiff Lumens Co. Ltd.'s opposition, Defendant's reply, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has also reviewed Defendant's written objections to the Report and Recommendation and made a de novo determination of those portions of the Report and Recommendation to which objections are made.

///

///

///

///

IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation is approved and accepted.

2. The motion to re-open discovery is DENIED.

Dated: April 5, 2016

_____
CORMAC J. CARNEY
United States District Judge